BENJAMIN L. LUDINGTON et al., as Substituted Trustees under the Will of ROBERT BARKLEY, Deceased, Respondents, v. THE MERCANTILE NATIONAL BANK OF THE CITY OF NEW YORK et al., Appellants.

*Ludington* v. *Mercantile Nat. Bank,* 102 App. Div. 251, affirmed.
(Argued May 30, 1905; decided June 13, 1905.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 8, 1905, which reversed a judgment of Special Term sustaining a demurrer to the complaint and overruled such demurrer.

The following is the question certified :

" Does the complaint in this action state a cause of action ? "

*William V. Rowe, E. H. Sykes* and *William J. Curtis* for appellants.

*Henry G. K. Heath* for respondents.

Order affirmed, with costs, on opinion below, and question certified answered in the affirmative.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.